**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In Re: | : | |
| | : | |
|     Margaret Culbertson | : | |
| | : | |
| | : | |
| | : | Case No. 18-18473AMC |
| | : | |
| Debtor(s) | : | Chapter 13 |

## CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., hereby certify that on March 22nd, 2019 a true and correct copy of the <u>Amended Plan</u> was served by electronic delivery or Regular US Mail to the Debtor, all interested parties, the Trustee and all affected creditors per the address provided on their Proof of Claims.

Very Truly Yours,

March 22nd, 2019                            ***/s/ Brad J. Sadek, Esquire***
                                                Brad J. Sadek, Esquire