**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>MARGARET CULBERTSON<br><br>    Debtor(s) | Case No. 18-18473-elf<br><br>Chapter 13 |
| PHH MORTGAGE CORPORATION<br><br>    Movant<br><br>vs.<br>MARGARET CULBERTSON<br><br>    Respondents | <br>11 U.S.C. §362 |

**ORDER**

**AND NOW**, this  19th  day of  July , 2021, it is hereby **ORDERED** that the parties' Stipulation (Doc. # 62) is hereby approved.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**