IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Margaret Culbertson | : | Chapter 13 |
| | : | Case No.: 18-18473-ELF |
| Debtor(s) | : | |

### O R D E R

**AND NOW**, upon consideration of the Application for Supplemental Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental compensation is **ALLOWED** in favor of the Applicant in the amount of $1,500.00.*

**Dated:** 12/15/21

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

_____
\* I write this note to briefly explain why I have reduced the requested compensation. The post-confirmation work consisted primarily of two motions to modify the confirmed plan. My review of the time records suggested that the time spent on these matters was excessive. There are a number of time entries showing a substantial amount of time spent for unexplained e-mail correspondence. Also, some time was spent correcting errors in the proposed amended plans pointed out by the trustee. Viewing the case holistically, I conclude that a reasonable fee for the post-confirmation services is the $1,500.00 being allowed.