

# BROCK & SCOTT
## PLLC

ROSEMARIE DIAMOND
ADMITTED IN PENNSYLVANIA,
NEW JERSEY

JAY JONES
ADMITTED IN PENNSYLVANIA,
NEW JERSEY

THOMAS E. BROCK
ADMITTED IN NORTH CAROLINA

GREGORY A. SCOTT
ADMITTED IN NORTH CAROLINA

**2011 Renaissance Boulevard, Suite 100, King of Prussia, PA 19406**
ConsumerContact@brockandscott.com
(844) 856-6646 Consumer Hotline
www.brockandscott.com

Andrew Spivack, Esquire
Bankruptcy Attorney

August 5, 2022

<u>SENT VIA REGULAR MAIL AND E-MAILED TO:</u>
BRAD SADEK, Esquire
Sadek and Cooper
1315 WALNUT ST STE 502
PHILADELPHIA, PA 19107
Email: brad@sadeklaw.com

RE: MARGARET CULBERTSON
Bankruptcy No. 18-18473-elf
1129 Agnew Dr, Drexel Hill, PA 19026
Loan ending in ▮▮▮▮

Dear Counselor:

Our client has advised us that payment have not been made in accordance with the terms of the Stipulation agreed to by the parties and approved by the Bankruptcy Court by an Order entered on July 19, 2021.

Pursuant to the terms of the Stipulation, your client has failed to make regular monthly payments, for the months of June 1, 2022 through August 1, 2022 in the amount of $1,458.60 each, less Debtor's suspense in the amount of $56.44. In order to cure this default, it will be necessary for your client to remit $4,319.36, representing payment(s) past due under the terms of the Stipulation, within ten (10) days from the date of this letter.

Your client's payment to cure this default should be remitted to:

PHH Mortgage Corporation
PHH MORTGAGE SERVICES
MAILSTOP SBRP // P.O. BOX 5469
MOUNT LAUREL, NJ 08054

If your client does not remit the above amount within the ten (10) day period, we will certify default with the Bankruptcy Court and request relief from the automatic stay.

Bankruptcy Dept.
Brock and Scott, PLLC

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.  THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  IF YOU:  ARE A DEBTOR IN AN ACTIVE BANKRUPTCY CASE; ARE UNDER THE PROTECTION OF A BANKRUPTCY STAY; OR, HAVE RECEIVED A DISCHARGE IN BANKRUPTCY AND YOU HAVE NOT REAFFIRMED THE DEBT, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND SHOULD NOT BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

cc:
MARGARET CULBERTSON

**PHH Mortgage Corporation**