# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>MARGARET CULBERTSON<br>    Debtor | Case No. 18-18473-mdc |
| PHH Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>MARGARET CULBERTSON<br>    Respondent | 11 U.S.C. §362 |

## **CERTIFICATION OF DEFAULT**

**BROCK AND SCOTT, PLLC**, attorneys for Movant, hereby certifies that the above-captioned Debtor has failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge on July 19, 2021.

In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtor's failure to cure the default.

                                          */s/Andrew Spivack*
                                          Andrew Spivack, PA Bar No. 84439
                                          Matthew Fissel, PA Bar No. 314567
                                          Mario Hanyon, PA Bar No. 203993
                                          Ryan Starks, PA Bar No. 330002
                                          Jay Jones, PA Bar No. 86657
                                          Attorney for Creditor
                                          BROCK & SCOTT, PLLC
                                          3825 Forrestgate Drive
                                          Winston Salem, NC 27103
                                          Telephone: (844) 856-6646
                                          Facsimile: (704) 369-0760
                                          E-Mail: PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>MARGARET CULBERTSON<br><br>PHH Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>MARGARET CULBERTSON ,<br>    Debtor | Case No. 18-18473-mdc<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of Default has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

BRAD J. SADEK, Debtor's Attorney
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com


KENNETH E WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee, US Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107


Via First Class Mail:

MARGARET CULBERTSON
1129 AGNEW DR
DREXEL HILL, PA 19026

Date: <u>December 14, 2023</u>

                                               */s/Andrew Spivack*
                                               Andrew Spivack, PA Bar No. 84439
                                               Matthew Fissel, PA Bar No. 314567
                                               Mario Hanyon, PA Bar No. 203993
                                               Ryan Starks, PA Bar No. 330002
                                               Jay Jones, PA Bar No. 86657
                                               Attorney for Creditor
                                               BROCK & SCOTT, PLLC
                                               3825 Forrestgate Drive
                                               Winston Salem, NC 27103
                                               Telephone: (844) 856-6646
                                               Facsimile: (704) 369-0760
                                               E-Mail: PABKR@brockandscott.com