*Form 242* (3/23)–doc 112 – 108, 110, 111

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Margaret Culbertson<br><br>   Debtor(s). | Case No. 18–18473–mdc<br><br>Chapter: 13 |

## NOTICE OF INACCURATE FILING

Re: Doc.# [108] Motion to Modify Plan, [110] Notice of Motion, [111] Application for Compensation

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☑ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☐ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☐ Other:

In order for this matter to proceed, please submit the above noted correction on or before March 14, 2024, otherwise, the matter will be referred to the Court.

Date: February 29, 2024

For The Court

Timothy B. McGrath
Clerk of Court